| | | | | | |
|---|---|---|---|---|---|
| 16-155 | In re Hunter | Denied | 5/20/16 | Orig. Juris. | 140/188 |
| 16-161 | State v. Gursky | Dismissed | 5/20/16 | Rut. Crim. | 140/188 |
| 16-122 | Lafayette v. Department of Corrections | Reconsideration denied | 5/23/16 | Orig. Juris. | 140/188 |
| 16-158 | People's United Bank N.A. v. Blake | Reconsideration denied | 5/23/16 | Benn. Civ. | 140/188 |
| 15-371 | Johnson v. Johnson | Reargument denied | 5/24/16 | Chit. Fam. | 140/188 |
| 16-168 | Kane v. Marthage | Dismissed | 5/25/16 | Benn. Civ. | 140/188 |
| 16-176 | Couture v. Pallito | Denied | 5/25/16 | Orig. Juris. | 140/189 |
| 16-173 | Johnson v. Johnson | Dismissed | 6/7/16 | Add. Fam. | 140/189 |
| 16-107 | In re New Cingular Wireless | Reconsideration denied | 6/8/16 | PSB | 140/189 |
| 14-387 | State v. Davey | Affirmed | 6/9/16 | Benn. Crim. | 140/189 |
| 14-443 | In re Hicks | Affirmed; reversed | 6/9/16 | Orleans Civ. | 140/189 |
| 15-147 | State v. Baird | Affirmed | 6/9/16 | Cal. Crim. | 140/189 |
| 15-181 | In re Bruyette | Affirmed | 6/9/16 | Rut. Civ. | 140/189 |
| 15-314 | Taft-Blakely v. Reinhart Foodservice, LLC | Affirmed | 6/9/16 | Chit. Civ. | 140/189 |
| 15-367 | State v. Thomas | Affirmed | 6/9/16 | Benn. Crim. | 140/189 |
| 15-461 15-470 | State v. Barrell | Affirmed | 6/9/16 | Rut. Crim. | 140/189 |
| 16-015 | Johnson v. Johnson | Affirmed | 6/9/16 | Add. Fam. | 140/189 |
| 16-045 | In re W.B. | Affirmed | 6/9/16 | Chit. Fam. | 140/189 |
| 16-068 | In re A.M. | Affirmed | 6/9/16 | Wash. Fam. | 140/189 |
| 16-069 | In re D.B. | Affirmed | 6/9/16 | Windham Fam. | 140/189 |
| 16-183 | McBeth v. Usher | Dismissed | 6/10/16 | Orleans Civ. | 140/189 |
| 15-262 | US Bank National Ass'n v. Johnston | Reargument denied | 6/13/16 | Rut. Civ. | 140/189 |
| 16-178 | State v. Dix | Denied | 6/14/16 | Orig. Juris. | 140/189 |
| 16-197 | In re S.K. | Dismissed | 6/17/16 | Benn. Fam. | 140/189 |
| 16-199 | Bixby v. Hill | Dismissed | 6/17/16 | Rut. Civ. | 140/189 |
| 16-189 | U.S. Bank National Ass'n v. Breer | Denied | 6/20/16 | Orig. Juris. | 140/189 |
| 15-461 15-470 | State v. Barrell | Reargument denied | 6/22/16 | Rut. Crim. | 140/189 |
| 15-266 | In re Dashno | Affirmed | 7/13/16 | Chit. Civ. | 151/343 |
| 15-418 | Favreau v. Pallito | Reversed | 7/13/16 | Windsor Civ. | 151/343 |